No. 593, Misc. BINKOWSKI *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 594, Misc. CORDTS *v.* ILLINOIS. Circuit Court of St. Clair County, Illinois. Certiorari denied.

No. 595, Misc. ADAMS *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 603, Misc. CANTOO *v.* RAGEN, WARDEN. Circuit Court of Rock Island County, Illinois. Certiorari denied.

No. 624, Misc. MESSINA *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

*Rehearing Denied.*

No. 598. HENRY *v.* SMITH, COMMANDING GENERAL, 336 U. S. 968. Rehearing denied.

No. 612. LEISHMAN *v.* RICHARDS & CONOVER Co., 336 U. S. 952. Rehearing denied.

No. 638. CHESAPEAKE & OHIO RAILWAY Co. *v.* MORRIS, 336 U. S. 967. Rehearing denied.

No. 480, Misc. AGNEW *v.* CALIFORNIA, 337 U. S. 909. Rehearing denied.

No. 539, Misc. WILSON *v.* HINMAN ET AL., 336 U. S. 970. Rehearing denied.

JUNE 13, 1949.

*Miscellaneous Orders.*

No. 26. UNITED STATES *v.* KANSAS CITY LIFE INSURANCE Co. This case is ordered restored to the docket for reargument.